IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 5:23-cr-00125

GARY SAWYERS

DEFENDANT'S OBJECTION TO THE
UNITED STATES' MOTION TO CONTINUE

Defendant, Gary Sawyers, through his counsel, objects to the Government's proposed continuance of his September 17, 2024, trial date and reincorporates the reasons for his objection that were previously set forth in his Motion to Preclude the Government From Calling Any Newly Disclosed Forensic Expert As Well As Any Use of This Expert's Work Product at Trial.  Dkt. No. 62.

Respectfully submitted this 12th day of September, 2024.

GARY SAWYERS

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/David R. Bungard**
David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org