# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 10/24/2024 | Case Number: | 5:23-cr-00125 |
| Case Style: | USA vs. Gary Sawyers | | |
| Type of hearing: | Telephonic Status Conference | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Brian Parsons

Attorney(s) for the Defendant(s):

David Bungard

Law Clerk:   Ashley Stephens

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:02 PM | 2:23 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 21 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start Time 1400
Actual Start Time 1402

Parties present for a telephonic status conference.
Counsel notes appearances for the record.
Court asks for an update on the expert witness issue
Government response
Defense response
Government reply
Defense reply
Court will take matter under advisement and issue an order by tomorrow morning
Court recessed at 1423