## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **Criminal No. 5:23-cr-00125**

**GARY SAWYERS**

### DEFENDANT'S SUPPLEMENTAL
### RULE 16(b)(1)(C) EXPERT WITNESS DISCLOSURE

Defendant, Gary Sawyers, by his counsel, pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure and the reciprocal discovery obligations arising under the Court's August 29, 2023, Arraignment Order, files this supplemental disclosure.  Curtis Marshall, Mr. Sawyers' previously designated expert has prepared a supplemental report concerning the opinions that he would plan to offer at trial.

On January 24, 2025, a copy of Mr. Marshall's supplemental report (9 pages) with a one-page appendix was provided electronically to the United States.  Copies of the articles cited in the footnotes within Mr. Marshall's supplemental report as well as a photograph of the remnants of the bullet which Christopher Peddicord removed from Mr. Sawyers' vest were also disclosed electronically to the United States on January 24, 2025.

Respectfully submitted this 27th day of January, 2025.

**GARY SAWYERS**

**By Counsel**

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

<u>**s/David R. Bungard**</u>
David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org