IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.                                                                      **Criminal No. 5:23-cr-00125**

**GARY SAWYERS**

### NOTICE OF EVIDENTIARY DEPOSITION

Defendant, Gary Sawyers, by his counsel, and the Government, pursuant to Rule 15(h) of the Federal Rules of Criminal Procedure, have agreed to the taking of an evidentiary deposition of Christina Sawyers, his wife.  Mrs. Sawyers has a serious medical condition which makes her unavailable to attend the defendant's trial to offer testimony as a witness.  Mrs. Sawyers' deposition is being taken for purposes of allowing the same to be submitted during the defendant's case in chief at trial.  The parties have further determined a convenient date and time on which Mrs. Sawyers would be available for this deposition.

The defendant files this Notice that the evidentiary deposition of Christina Sawyers will take place via a Zoom video conference call on **Thursday, February 13, 2025, at 10:00 a.m.** with the witness and counsel for the parties being present at Mrs. Sawyers' residence in Daniels, West Virginia.

Respectfully submitted this 6th day of February, 2025.

**GARY SAWYERS**

**By Counsel**

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/David R. Bungard**
David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org