```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        BECKLEY
```

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL NO.  5:23-cr-00125**

**GARY SAWYERS**

## Verdict Form

We, the Jury, return our unanimous verdict as follows:

1. As to the charge contained in the Indictment, we find defendant **GARY SAWYERS:**

    \_\_\_\_    **GUILTY**

    \_\_\_\_    **NOT GUILTY**


_____        _____
Foreperson                                                    Date

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing "VERDICT FORM" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 10th day of February, 2025 to:

>David R. Bungard, AFPD
>Federal Public Defender's Office
>300 Virginia Street, East, Room 3400
>Charleston, WV  25301
>Telephone:  304-347-3350
>Email: david_bungard@fd.org

>/s/Andrew D. Isabell
>ANDREW D. ISABELL
>Assistant United States Attorney
>WV State Bar No. 13210
>110 North Heber Street, Room 261
>Beckley, WV 25801
>Telephone: 304-253-6722
>Fax: 304-253-9206
>Email: andy.isabell@usdoj.gov