AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **GARY SAWYERS** | ) | Case No. 5:23-cr-0000125 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  **Thomas Tolley**
     ▇▇▇▇▇▇▇▇▇ Drive
     ▇▇▇, West Virginia

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>110 North Heber Street<br>Beckley, WV 25801 | Courtroom No.: | Courtroom 310 (Judge Volk) |
|---|---|---|---|
| | | Date and Time: | February 18, 2025, at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date: 2/10/2025

CLERK OF COURT

*Quitta Smith, Deputy Clerk*
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Gary Sawyers, who requests this subpoena, are:

David R. Bungard, Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, WV 25301
david_bungard@fd.org
(304) 347-3350

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) __Thomas Tolley__

was received by me on (date) __2/10/2025__.

☒ I served the subpoena by delivering a copy to the named person as follows: __by hand at 326 Riverbend Drive Ona, WV @ 5:30 pm__ on (date) __2/10/2025__; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/10/2025__

_Nicholas [signature]_
Server's signature

__Nicholas Harden    Investigator__
Printed name and title

__300 Virginia St. East Rm 3400__
__Charleston, WV__
Server's address

Additional information regarding attempted service, etc:

Informed Tolley AFPD David Bungard requested him be at court on Thursday, February 20th @ 1:00 pm in Bailey Federal Courthouse