# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 5/7/2025 | Case Number: | 5:23-cr-00125 |
| Case Style: | USA vs. Gary Sawyers | | |
| Type of hearing: | Telephonic Status Conference | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Joshua Hanks,Brian Parsons

Attorney(s) for the Defendant(s):

David Bungard,Emily Szopinski

Law Clerk:    Amanda Duvall

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 4:04 PM | 4:16 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 12 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

TELEPHONIC STATUS CONFERENCE

Scheduled Start Time 1600
Actual Start Time 1604

Parties present for a Telephonic Status Conference.
Counsel note appearances on the record.
Here today to discuss the motion in limine (experts for both government and defendant appearing via video) at a Daubert hearing scheduled on May 13, 2025.
Court is satisfied for defendant to appear via video but understands that the government wants its witness to appear by video to appear as well
AUSA responds (will withdraw the witness - unavailable next week) and no desire to delay the trial
Defendant comments
Court sums up - neither Mr. Peddicord nor Mr. Marshall will testify at trial
Parties concur
Court will enter Order
Court recessed at 1610