IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:23-cr-00125

GARY SAWYERS

## JOINT STIPULATION #1

The United States and defendant GARY SAWYERS hereby stipulate and agree that three color photographs taken of Mr. Sawyers protective vest and marked as Defendant's Exhibit Nos. 20, 21, and 22 can be substituted into the record in the place of the actual protective vest. The parties agree that the jury will be permitted to inspect the protective vest along with the other admitted exhibits during their deliberations. At the conclusion of the trial, Mr. Sawyers will be permitted to retain custody of the protective vest.

Stipulated and agreed to by:

_____  May 8, 2025
Gary Sawyers  Date
Defendant

_____  May 8, 2025
David R. Bungard  Date
Counsel for Defendant

_____  May 9, 2025
Joshua C. Hanks  Date
Assistant United States Attorney