# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 5/27/2025 | Case Number: | 5:23-cr-00125 |
| Case Style: | USA vs. Gary Sawyers | | |
| Type of hearing: | Criminal Jury Trial | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Joshua Hanks,Brian Parsons

Attorney(s) for the Defendant(s):

David Bungard,Emily Szopinski

Law Clerk:   Amanda Duvall

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:10 AM | 10:15 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:36 AM | 11:35 AM | Court actively conducting trial proceedings/Contested proceedings |
| 1:00 PM | 2:41 PM | Court actively conducting trial proceedings/Contested proceedings |
| 4:30 PM | 4:33 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 3 hours and 48 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

CRIMINAL TRIAL - DAY FIVE

Scheduled Start 0900
Actual Start Time 0910

AUSA Hanks and Parsons present
Defendant present in person and by counsel Bungard and Szopinski.

Jury present (13 jurors present)

Recalled Defense Witness Gary Sawyers to the stand from Thursday.
Continue Cross Examination
Govt exhibit 12 (previously marked and admitted)
Govt Exhibit 15 and 18
Defense objects
Sidebar
Objection sustained (exhibits not admitted)
Cross examination continues
Govt exhibit 1,9,10,11,13,8 (previously marked and admitted)

Court is in recess 1015
Court is again in session 1036

Government continues with cross examination
Govt exhibit 46, 47, 43
Marked and admitted
Sidebar
Govt continues cross examination
Re-direct examination
No re-cross

Defense 20, 21,22
Govt 41a

Defense rests
Govt - no rebuttal evidence

Jury is excused 1100

Defense renewed motion for acquittal
Court will defer ruling

Court and Parties discuss jury charge
Govt comments
Def comments
Judge responds

Discuss time for closing argument
Discuss order of instruction, closing, charge, then deliberation
Will dismiss for lunch until 1:00

Jury returns 11:33

Court explains to jury how day will proceeds
Jury dismissed for lunch until 1:00

Court is in recess for lunch 1135
Court is again in session 1300

Court gives jurors partial jury instructions

AUSA Parsons closing statement 1310
AFPD Bungard closing statement 1330
AUSA Hanks rebuttal closing statement 1410

Court asks parties to confer on matters they ask the Court to take judicial notice of
AUSA responds
AFPD concurs

Court gives jurors remaining jury instructions 1425

Jury dismissed to deliberate 1440

Court ask counsel if there are any other matters to discuss before we recess
Court is in recess 1441

Jury note 1615

Court is again in session 1630

Court understands we have a verdict
Foreperson affirms

Court reads verdict - NOT GUILTY

Jury dismissed

Defendant discharged

Any further matters?
Counsel responds

Court adjourned 1633