# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.

GARY SAWYERS

# EXHIBIT AND WITNESS LIST

Case Number: 5:23-CR-00125

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Frank W. Volk | Josh Hanks, Brian Parsons | David Bungard, Emily Szopinski |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/19/25-5/27/25 | Cathy Schutte-Stant | Tabitha Jarrell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5/19/2025 | | | Govt Witness 1: Samuel Aaron Ward |
| 31 | | 5/19/2025 | X | X | Overhead Image from Vehicle Slides |
| 3 | | 5/19/2025 | X | X | Camp Layout |
| 1 | | 5/19/2025 | X | X | Photo of Def. laying on ground w/GSW |
| 41 | | 5/19/2025 | X | X | Model M-4 Rifle |
| | 6 | 5/19/2025 | X | X | Photo of front gate at FOB RoughRide |
| | 7 | 5/19/2025 | X | X | Photo of guard shack at front gate at FOB RoughRide |
| X | | 5/19/2025 | | | Govt Witness 2: Jason Scarbro - Video Deposition Testimony |
| 2 | | 5/19/2025 | X | X | Photo – Medevac Helicopter |
| X | | 5/20/2025 | | | Govt Witness 3: Randall Carpenter, Jr. |
| 7 | | 5/20/2025 | X | X | Photo of multi-tool from MOI |
| X | | 5/20/2025 | | | Govt Witness 4: Daniel Cottrill, Jr. |
| X | | 5/20/2025 | | | Govt Witness 5: Michael Chad Cummings |
| X | | 5/20/2025 | | | Govt Witness 6: Kenneth Blevins, Jr. |
| 6 | | 5/20/2025 | X | X | Selected Pages from Maintainer Manual |
| 39 | | 5/20/2025 | X | X | 7 Pages from 15-6 Report depicting modified parts |
| 40 | | 5/20/2025 | X | X | Equipment Inspection and Maintenance Worksheet |
| X | | 5/21/2025 | | | Govt Witness 7: Juan Sanin Prieto |
| 8 | | 5/21/2025 | X | X | Form DD-216 ROI Line of Duty |
| X | | 5/21/2025 | | | Govt Witness 8: Thomas Hughes |
| | 27 | 5/21/2025 | X | X | April 19, 2004 Appointment of 15-6 Officer |
| X | | 5/21/2025 | | | Govt Witness 9: Gregory Wilcoxon |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA VS. GARY SAWYERS | | | | | CASE NO. 5:23-CR-00125 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| X | | 5/21/2025 | | | Govt Witness 10: Thomas Tolley - Video Deposition Testimony |
| 4 | | 5/21/2025 | X | X | NCO Evaluation Report March '03 to October '03 |
| 5 | | 5/21/2025 | X | X | NCO Evaluation Report Nov '03 to Oct. '04 |
| | 8 | 5/21/2025 | X | X | Gary Sawyer WVANG Evaluation (2 pgs.) |
| X | | 5/21/2025 | | | Govt Witness 11: Sheila Floyd |
| 42 | | 5/21/2025 | X | X | VA Percentage Matrix |
| 29 | | 5/21/2025 | X | X | Calculation Sheet |
| 38 | | 5/21/2025 | X | X | VHA Loss Sheet |
| | 17 | 5/21/2025 | X | X | July 3, 2007 VA Rating Decision (3 pgs.) |
| | 18 | 5/21/2025 | X | X | May 13, 2020 VA Rating Decision (5 pgs.) |
| | 19 | 5/21/2025 | X | X | March 1, 2022 VA Rating Decision (5 pgs.) |
| X | | 5/21/2025 | | | Govt Witness 12: Juan Sanin Prieto (recalled) |
| 37 | | 5/21/2025 | X | X | VA Records Certification |
| 9 | | 5/21/2025 | X | X | Aeromedical Evacuation Patient Record 2004.04.20 |
| 10 | | 5/21/2025 | X | X | Post Deployment Health Assessment Tool 2004.04.27 |
| 11 | | 5/21/2025 | X | X | Consultant Progress Note 2004.04.27 |
| 12 | | 5/21/2025 | X | X | WR Consultation Psych Clinic Note 2004.05.24 |
| 13 | | 5/21/2025 | X | X | WR Psych Baseline Interview 2004.07.06 |
| 14 | | 5/21/2025 | X | X | Chronological Record of Medical Care 2004.07.09 |
| 17 | | 5/21/2025 | X | X | WR Psych Clinic Note 2004.09.07 |
| 20 | | 5/21/2025 | X | X | Beckley VA Walk-In Clinic Consultation Sheet 2004.10.12 |
| 21 | | 5/21/2025 | X | X | Chronological Record of Medical Care 2004.10.27 |
| 22 | | 5/21/2025 | X | X | Chronological Record of Medical Care 2004.11.23 |
| 23 | | 5/21/2025 | X | X | WAMC Ft Bragg Consult 2006.03.09 |
| 24 | | 5/21/2025 | X | X | Statement of Medical Exam and Duty Status 2004.05.20 |
| 25 | | 5/21/2025 | X | X | Statement of Medical Exam and Duty Status 2004.11.19 |
| 26 | | 5/21/2025 | X | X | Purple Heart Order 2004.05.03 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | GARY SAWYERS | | CASE NO. 5:23-CR-00125 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 27 | | 5/21/2025 | X | X | Purple Heart Award 2004.05.03 | |
| 28 | | 5/21/2025 | X | X | Application for Compensation 2007.03.06 | |
| | 37 | 5/22/2025 | X | X | WVANG Business Records Affidavit (2 pgs.) | |
| | 29 | 5/22/2025 | X | X | May 3, 2004 Order for Purple Heart | |
| | 10 | 5/22/2025 | X | X | March 17, 2005 Line of Duty Determination (2 pgs.) | |
| | 11 | 5/22/2025 | X | X | March 12, 2007 Physical Evaluation Board (3 pgs.) | |
| | 12 | 5/22/2025 | X | X | April 20, 2007 Physical Disability Information Report | |
| | 13 | 5/22/2025 | X | X | April 23, 2007 Order to Gary Sawyers (2 pgs.) | |
| | 14 | 5/22/2025 | X | X | DD214 Form for Gary Sawyers | |
| | 46 | 5/22/2025 | X | X | Defendant's Response to the Government's Reciprocal Discovery Requests | |
| X | | 5/22/2025 | | | Govt Witness 13: Johnathan Rode | |
| 2 | | 5/22/2025 | X | X | Photo – Medevac Helicopter | |
| | X | 5/22/2025 | | | Def Witness 1: Christina Sawyers | |
| | 45 | 5/22/2025 | X | | Transcript of Christina Sawyers Video Deposition (not to jury) | |
| 32 | | 5/22/2025 | X | X | Video Deposition of Jason Scarbro (not to jury) | |
| 32a | | 5/22/2025 | X | X | Transcript of Video Deposition of Jason Scarbro (not to jury) | |
| 33 | | 5/22/2025 | X | X | Video Deposition of Thomas Tollley (not to jury) | |
| 33a | | 5/22/2025 | X | X | Transcript of Video Deposition of Thomas Tollley (not to jury) | |
| | 1 | 5/22/2025 | X | X | Photo of outer portion of protective vest | |
| | 2 | 5/22/2025 | X | X | Photo of inner pocket of protective vest | |
| | 3 | 5/22/2025 | X | X | Photo of front ceramic armor plate | |
| | 4 | 5/22/2025 | X | X | Photo of front ceramic armor plate | |
| | 5 | 5/22/2025 | X | X | Photo of front ceramic armor plate | |
| | X | 5/22/2025 | | | Def Witness 2: Gary Sawyers | |
| | 24 | 5/22/2025 | X | X | Photo of Gary Sawyers (May 1, 2024) | |
| | 25 | 5/22/2025 | X | X | Photo of Front Ceramic Plate | |
| | 26 | 5/22/2025 | X | X | Exhibit No. 26 – Photo of Front Ceramic Plate | |

| UNITED STATES OF AMERICA VS. GARY SAWYERS | | | | | CASE NO. 5:23-CR-00125 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 15 | 5/22/2025 | X | X | Honorable Discharge Certificate |
|  | 16 | 5/22/2025 | X | X | July 9, 2007 VA letter to Gary Sawyers (6 pgs.) |
|  | 23 | 5/22/2025 | X | X | Gary Sawyers Protective Vest (Actual) |
|  | 20 | 5/27/2025 | X | X | Substitution Photo for Vest – Outer Pocket (not to jury) |
|  | 21 | 5/27/2025 | X | X | Substitution Photo for Vest – Front Ceramic Armor Plate (not to jury) |
|  | 22 | 5/27/2025 | X | X | Substitution Photo for Vest – Rear Ceramic Armor Plate (not to jury) |
| 46 |  | 5/27/2025 | X | X | Consult Prog. Note 2004.05.20 re leave |
| 47 |  | 5/27/2025 | X | X | Progress Note re Leave 2004.05.20 |
| 43 |  | 5/27/2025 | X | X | DD-1966 False Statement on Reenlistment Paper |
| 41a |  | 5/27/2025 | X | X | Photo of Exhibit 41 (Model M-4 Rifle) (not to jury) |
|  |  |  |  |  | END |

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

[New Page] [Print] [Save As...] [Export as FDF] [Retrieve FDF File] [Reset]