UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 5:23-cr-00125

GARY SAWYERS

**ORDER**

On the 19th day of May 2025, came the United States, by Assistant United States Attorney Joshua Hanks, and Assistant United States Attorney Brian Parsons, and also came the Defendant, GARY SAWYERS, in person and by his counsel, Assistant Federal Public Defender David Bungard, and Assistant Federal Public Defender Emily Szopinski, for a jury trial in the above-styled matter. The trial concluded on May 27, 2025, on which date the jury returned a verdict, which is hereby **ORDERED** filed.

Upon consideration of the jury's verdict, the Court **ORDERS** that the Defendant, GARY SAWYERS is **ADJUDGED NOT GUILTY** of the charge contained in the Indictment.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the United States Marshal.

ENTER: May 28, 2025

*Frank W. Volk*
Frank W. Volk
Chief United States District Judge